UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
**Tag-Along Case No. 05-23326-CIV-MORENO**

IN RE: MANAGED CARE LITIGATION
_____

BLUE SPRINGS INTERNAL MEDICINE, P.C.,
*et al.*,

    Plaintiffs,

vs.

BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION FOR REMAND

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on August 25, 2008 **(D.E. No. 73)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 80)** on **December 8, 2008**. The Court reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 80)** on **December 8, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     The Plaintiffs' Motion for Remand is DENIED;

(2)     The Plaintiffs' Demand for Attorneys' Fees or Costs is REJECTED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of January, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record